UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR HUGO BOTELLO<br><br>　　　　Plaintiff,<br><br>　v.<br><br>S. HANLON, et al.,<br><br>　　　　Defendants. | Case No. 17-cv-06715 NC (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff, a California state inmate proceeding *pro se*, filed a civil rights action pursuant to 42 U.S.C. § 1983. The events of which Plaintiff complains occurred at the California State Prison - Solano. This prison is located within the Eastern District of California. *See* 28 U.S.C. § 84(b). Venue therefore is proper in the Eastern District of California, and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. The Clerk of the Court is directed to transfer the case forthwith.

**IT IS SO ORDERED.**

DATED: December 22, 2017

　　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Case No. 17-cv-06715 NC (PR)
ORDER OF TRANSFER